**No. 49937.**—Protests 34670–K, etc., of A. .Germano & Sons, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, which records were incorporated herein, the following allowances were made by the court to compensate for the weight of the inedible foreign substance on the outside of the cheese: (1) 2½ percent for cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), and Abstracts 42146 and 48269; and (2) 1 percent of the net weight of the cheese similar in all material respects to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 49938.**—Protest 111495–K of F. L. Kraemer & Co. (New York).

Opinion by EKWALL, J. An examination of the official papers disclosed no reason for disturbing the finding of the collector. The protest was therefore overruled.

**No. 49939.**—Protest 11269–K of Brooks Brothers (New York).

Opinion by EKWALL, J. An examination of the official papers disclosed no reason for disturbing the finding of the collector. The protest was therefore overruled.